AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

RCVD 24-JUL 2020

United States of America
v.

MICHAEL JOSEPH MANRING

Case No. 1:20-cr-00260-AA

*Defendant*

ORIGINAL

FILED 20 AUG 6 8:57 USDC-ORM

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*  MICHAEL JOSEPH MANRING, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951                            Interfere with Commerce by Robbery
21 U.S.C. §§ 841(a)(1), (b)(1)(D), 846  Conspiracy to Possess with Intent to Distribute Marijuana

Date: July 23, 2020

City and state:  Eugene, Oregon

*Issuing officer's signature*

MUSTAFA T. KASUBHAI, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/24/20, and the person was arrested on *(date)* 7/28/20
at *(city and state)* Medford, OR

Date: 7/30/20

*Arresting officer's signature*

Rodney Lane PCSM
*Printed name and title*